THE CENTURY INDEMNITY COMPANY, appellant,

*v.*

JOSEPH NORBUT, JR., respondent.

[Decided May 14th, 1936.]

*Mr. Samuel P. Orlando,* for the appellant.

*Mr. Martin P. O'Connor,* for the respondent.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported at *117 N. J. Eq. 584*.

*For affirmance*—The Chief-Justice, Lloyd, Bodine, Heher, Perskie, Dear, Wells, WolfsKeil, Rafferty, JJ. 9.

*For reversal*—Case, Donges, Hetfield, JJ. 3.